*Francis S. Bensel, Albert Stickney, Albert B. Maginnes* and *Arthur W. Siegrist* for appellant.

*Leo P. Dorsey* and *Peter Keber* for New York State Bankers Association, *amicus curiæ,* in support of appellant's position.

*Edward Lazansky, Frederick L. Kane, Gerard C. Durr* and *Stephen D. Finale* for respondent.

Order affirmed, with costs payable by the appellant personally. Motion to dismiss appeal denied. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

In the Matter of the Arbitration between P. BEIERSDORF & Co., INC., Respondent, and DUKE LABORATORIES, INC., Appellant.

Argued October 2, 1950; decided October 12, 1950.

*Jacob Rosenberg* for appellant.

*Sol Gerstein, William Siskind* and *Gilbert Burris* for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

QUALITY FRUIT WINES CORP., Appellant, *v.* FIORE CRIBARI et al., Individually and as Copartners Doing Business under the Name of B. CRIBARI & SONS, Respondents.

Submitted February 20, 1950; decided October 12, 1950.

*Hall, Cunningham & Haywood* for motion.

*Dunlap, Otto & McGovern* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.